## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
   Nelson Colon

: NO. 19-13557/elf

## CERTIFICATION OF NO RESPONSE

I, Bradly E. Allen, attorney for the Debtor, Nelson Colon, do hereby verify that on June 6, 2019, I mailed by regular first class mail a true and correct copy of Debtor's Motion to Extend Automatic Stay and Notice of Hearing Date to all creditors on the Matrix and to the following parties and the parties have not filed a response:

Nelson Colon
1544 Womrath St.
Philadelphia, PA 19124

I, Bradly E. Allen, further certify that the following parties were served electronically:

William C. Miller, Chapter 13 Trustee

U.S. Trustee's Office

Date:   June 21, 2019          /s/**BRADLY E. ALLEN, ESQUIRE**
                                                          Attorney for Debtor