United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-13557-elf
Nelson Colon                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: John         Page 1 of 2           Date Rcvd: Jun 25, 2019
                       Form ID: pdf900     Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2019.
```
db              +Nelson Colon,    1544 Womrath Street,     Philadelphia, PA 19124-4553
14335575         Aria Health,    P. O. Box 8500-6395,     Philadelphia, PA 19178-6395
14335577        #+Central Financial Control,    PO Box 66044,    Anaheim, CA 92816-6044
14335578         Chase Auto Finance,    P. O. Box 901003,     Fort Worth, TX 76101-2003
14335579        +Chase Card Services,    P. O. Box 15298,    Wilmington, DE 19850-5298
14335580        +Citizens Financial Group,    c/o Central Credit Services, LLC,
                  9550 Regency Square Boulevard, Ste. 500,    Jacksonville, FL 32225-8169
14335585         Helm Associates, Inc.,     2664 Bristol Pike,    Bristol, PA 19007
14335587        +KML Law Group,    701 Market Street, Suite 500,    Philadelphia, PA 19106-1538
14335588         L.A. Fitness,    2600 Michelson Drive, #300,    Irvine, CA 92612-6536
14335591         Midland Funding,    2305 Northside Dr., Suite 300,    San Diego, CA 92108
14335594        +Penn Medicine,    P. O. Box 824406,    Philadelphia, PA 19182-4406
14343423        +U.S. Bank National Association,    c/o Kevin G. McDonald, Esq.,    KML Law Group, P.C.,
                  701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14335596        +US National Association Trustee for,    PA Housing Finance Agency,    211 N. Front Street,
                  Harrisburg, PA 17101-1406
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: megan.harper@phila.gov Jun 26 2019 03:15:17     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 26 2019 03:15:00
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 26 2019 03:15:12     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14346352         E-mail/PDF: resurgentbknotifications@resurgent.com Jun 26 2019 03:20:49
                  Ashley Funding Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                  Greenville, SC 29603-0587
14335576         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 26 2019 03:10:24     Capital One Bank,
                  15000 Capital One Drive,    Henrico, VA 23238
14335581         E-mail/Text: megan.harper@phila.gov Jun 26 2019 03:15:17     City Of Philadelphia,
                  C/O Law Department,    1401 JFK Blvd.,,    Philadelphia, PA 19102
14335582        +E-mail/PDF: creditonebknotifications@resurgent.com Jun 26 2019 03:20:49     Credit One Bank,
                  PO Box 98875,    Las Vegas, NV 89193-8875
14335583        +E-mail/Text: bankruptcynotices@dcicollect.com Jun 26 2019 03:15:22     Diversified Consultant,
                  10550 Deerwood Park Blvd.,    Jacksonville, FL 32256-0596
14335584        +E-mail/Text: bknotice@ercbpo.com Jun 26 2019 03:15:06     Enhanced Recovery Collections,
                  8014 Bayberry Rd.,    Jacksonville, FL 32256-7412
14335586         E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 26 2019 03:15:09     Jefferson Capital Systems, LLC,
                  16 McLeland Road,    Saint Cloud, MN 56303
14346351         E-mail/Text: bkr@cardworks.com Jun 26 2019 03:14:45     MERRICK BANK,
                  Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14335589        +E-mail/Text: bkr@cardworks.com Jun 26 2019 03:14:45     Merrick Bank,    P. O. Box 9201,
                  Old Bethpage, NY 11804-9001
14335590         E-mail/Text: bankruptcydpt@mcmcg.com Jun 26 2019 03:15:05     Midland Funding,
                  8875 Aero Drive, Ste. 200,    San Diego, CA 92123-2255
14335592        +E-mail/Text: BKRMailOps@weltman.com Jun 26 2019 03:15:07     Midland Funding, LLC,
                  c/o Michael Dougherty,    Weltman, Weinberg & Reis,    325 Chestnut Street, Suite #501,
                  Philadelphia, PA 19106-2605
14335593        +E-mail/Text: bankruptcygroup@peco-energy.com Jun 26 2019 03:14:51     Peco Energy,
                  Bankruptcy Unit,    2301 Market St.,    Philadelphia, PA 19103-1338
14335595         E-mail/Text: clientservices@sourcerm.com Jun 26 2019 03:15:23     Source Receivables Management,
                  4615 Dundas Drive, Ste. 102,    Greensboro, NC 27407
14341636        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 26 2019 03:21:07     T Mobile/T-Mobile USA Inc,
                  by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14335597         E-mail/Text: megan.harper@phila.gov Jun 26 2019 03:15:17     Water Revenue Bureau,
                  c/o Water Revenue Bureau,    1401 JFK Boulevard,    Philadelphia, PA 19102-1663
                                                                                              TOTAL: 18
```

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0313-2          User: John                 Page 2 of 2              Date Rcvd: Jun 25, 2019
                              Form ID: pdf900            Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 25, 2019 at the address(es) listed below:
              BRADLY E ALLEN    on behalf of Debtor Nelson   Colon bealaw@verizon.net
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                           TOTAL: 4
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| NELSON COLON, | : | |
| Debtor | : | Bky. No.  19-13557 ELF |

# O R D E R

**AND NOW**, upon consideration of the Debtor's Motion to Extend the Automatic Stay under 11 U.S.C. § 362(c)(3)(B) ("the Motion"), and after notice and hearing, and there being no opposition to the Motion,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The automatic stay is extended with respect to all creditors who were served with the Motion or Notice of the Motion and shall remain in effect unless modified by the court in accordance with 11 U.S.C. §362(d) and Fed. R. Bankr. P. 4001(a).

**Date: June 25, 2019**

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE