# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

           Chapter 13

           Bankruptcy No. 19-13557-ELF

NELSON  COLON

1544 WOMRATH STREET

PHILADELPHIA, PA 19124-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  NELSON  COLON

  1544 WOMRATH STREET

  PHILADELPHIA, PA 19124-

Counsel for debtor(s), by electronic notice only.

  BRADLY E ALLEN ESQ
  7711 CASTOR AVE

  PHILA, PA 19152-

                                           /S/ William C. Miller

Date: 8/9/2019                                 _____

                                               William C. Miller, Esquire
                                               Chapter 13 Standing Trustee