# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Nelson Colon**                                                                 Case No.  **19-13557/elf**

                            Debtor(s)                                                   Chapter   **13**

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2019, a copy of the Proof of Claim of attorney's fees was served electronically or by regular United States mail to the Trustee and parties listed below.

Electronic mail to:

        William C. Miller, Ch. 13 Trustee

        US Trustee

Regular mail to:

        Nelson Colon
        1544 Womrath St.
        Philadelphia, PA 19124

        **/s/ Bradly E. Allen, Esquire**

        **Bradly E. Allen**
        **7711 Castor Avenue**
        **Philadelphia, PA 19152**
        **215-725-4242Fax:215-725-8288**
        **bealaw@verizon.net**