# United States Bankruptcy Court
### Eastern District of Pennsylvania

| | | |
|---|---|---|
| In re **Nelson Colon** | Case No. | **19-13557/elf** |
| Debtor(s) | Chapter | **13** |

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2019, a copy of the Amended Chapter 13 Plan was served electronically or by regular United States mail to the Trustee and parties listed below.

Electronic mail to:

> Kevin G. McDonald on behalf of
> U.S. Bank National Association/trustee for
> PA Housing Finance Agency
>
> William C. Miller, Ch. 13 Trustee
>
> US Trustee

Regular mail to:

> Nelson Colon
> 1544 Womrath St.
> Philadelphia, PA 19124
>
> U.S. Bank National Assoc./trustee
> PA Housing Finance Agency
> 211 N. Front St.
> Harrisburg, PA 17101
>
> Midland Funding, LLC
> c/o Michael Dougherty, Esquire
> 325 Chestnut St., Ste. 501
> Philadelphia, PA 19106
>
> Midland Funding, LLC
> PO Box 2011
> Warren, MI 48090
>
> Water Revenue Bureau
> c/o City of Philadelphia Law Dept.
> 1401 JFK Blvd.
> Philadelphia, PA 19102
>
> PGW
> Bankruptcy Dept.
> 800 W. Montgomery Ave.
> Philadelphia,, PA  19122

**/s/ Bradly E. Allen, Esquire**
Attorney for Debtor, Nelson Colon