# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re   **Nelson Colon**                                                                                        Case No.   **19-13557/elf**
                                    Debtor(s)                                                                  Chapter    **13**

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2019, a copy of the Notice of Application for Compensation and Reimbursement of Expenses was served electronically or by regular United States mail to the Trustee and parties listed below.

Electronic mail to:

    Kevin G. McDonald on behalf of
    U.S. Bank National Association/trustee for
    PA Housing Finance Agency

    William C. Miller, Ch. 13 Trustee

    US Trustee

Regular mail to:

    Nelson Colon
    1544 Womrath St.
    Philadelphia, PA 19124

    U.S. Bank National Assoc./trustee
    PA Housing Finance Agency
    211 N. Front St.
    Harrisburg, PA 17101

    Midland Funding, LLC
    c/o Michael Dougherty, Esquire
    325 Chestnut St., Ste. 501
    Philadelphia, PA 19106

    Midland Funding, LLC
    PO Box 2011
    Warren, MI 48090

    Water Revenue Bureau
    c/o City of Philadelphia Law Dept.
    1401 JFK Blvd.
    Philadelphia, PA 19102

    PGW
    Bankruptcy Dept.
    800 W. Montgomery Ave.
    Philadelphia,, PA  19122

    **/s/ Bradly E. Allen, Esquire**
    Attorney for Debtor, Nelson Colon