# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

    NELSON COLON        : Chapter 13

                                  : NO.19-13557/elf

## CERTIFICATION OF NO RESPONSE TO
## APPLICATION FOR COMPENSATION

A copy of the Notice of Application for Compensation and Reimbursement of Expenses for Attorney's fees was sent by regular first class mail on October 17, 2019 to all creditors who filed Claims and to the following parties and none of the parties served have filed a Response to Application for Compensation .

Served via electronically:

    Kevin G. McDonald on behalf of
    U.S. Bank National Association/trustee
    for PA Housing Finance Agency

    William C. Miller, Chapter 13 Trustee

    US Trustee

Served by first class mail:

    Nelson Colon
    1544 Womrath St.
    Philadelphia, PA 19124

                **s/BRADLY E. ALLEN, ESQUIRE**
                **BRADLY E. ALLEN,**
                **Attorney for Debtor**

Dated: November 14, 2019