# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Nelson Colon**  
Debtor(s)

Case No. **19-13557/elf**  
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2020 a copy of Amended Schedules I and J was served electronically or by regular United States mail to the Trustee and parties listed below.

Electronic mail to:

    William C. Miller, Ch. 13 Trustee

    US Trustee

Regular mail to:

    Nelson Colon  
    1544 Womrath St.  
    Philadelphia, PA 19124

**/s/ Bradly E. Allen, Esquire**  
Attorney for Debtor, Nelson Colon