# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re   **Nelson Colon**                                            Case No.   **19-13557/elf**
                                Debtor(s)                            Chapter    **13**

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2020  a copy of Amended Schedule  J  was served electronically or by regular United States mail to the Trustee and parties listed below.

Electronic mail to:

   William C. Miller, Ch. 13 Trustee

   US Trustee

Regular mail to:

   Nelson Colon
   1544 Womrath St.
   Philadelphia, PA 19124


   **/s/ Bradly E. Allen, Esquire**
   Attorney for Debtor, Nelson Colon