# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re **Nelson Colon**                                                                                       Case No.  **19-13557/elf**
                                    Debtor(s)                                                                Chapter   **13**

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2020 a copy of the Second Amended Chapter 13 Plan was served electronically or by regular United States mail to the Trustee and parties listed below.

Electronic mail to:

> William C. Miller, Ch. 13 Trustee
>
> US Trustee
>
> Kevin G. McDonald
> on behalf of U.S. Bank National Association/
> PA Housing Finance Agency

Regular mail to:

> Nelson Colon
> 1544 Womrath St.
> Philadelphia, PA 19124
>
> PA Housing Finance Agency
> 211 N. Front St.
> Harrisburg, PA 17101
>
> Midland Funding, LLC
> c/o Michael Dougherty, Esquire
> 325 Chestnut St. Ste. 501
> Philadelphia, PA 19106
>
> Midland Funding
> PO Box 2011
> Warren, MI  48090
>
> Water Revenue Bureau
> c/o City of Philadelphia
> 1401 JFK Blvd.
> Philadelphia, PA 19102
>
> PGW
> Bankruptcy Dept.
> 800 W. Montgomery Ave.
> Philadelphia, PA  19122

**/s/ Bradly E. Allen, Esquire**
Attorney for Debtor, Nelson Colon