**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re  **NELSON COLON**

Debtor(s)

Case No.  19-13557/elf
Chapter  13

# ORDER

AND NOW, this 27th day of March, 2020 it is hereby **ORDERED** that Bradly E. Allen is **ALLOWED** compensation of $2,900.00 plus reimbursement of expenses in the amount of $310.00 for a total of $3,210.00 of which $2,000.00 of attorney's fees and $310.00 filing fees was paid by debtor pre-petition. The balance of attorney's fees of $900.00 may be paid to debtor's counsel by the Chapter 13 Trustee as an administrative expense to the extent provided in the confirmed Chapter 13 Plan.

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**