United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Nelson Colon  
    Debtor

Case No. 19-13557-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2   User: John   Page 1 of 1   Date Rcvd: Mar 27, 2020  
                        Form ID: pdf900   Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2020.  
db         +Nelson Colon,   1544 Womrath Street,   Philadelphia, PA 19124-4553

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 28 2020 03:51:46     U.S. Attorney Office,  
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404  
                                                                                                                                                       TOTAL: 1

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2020 at the address(es) listed below:  
        BRADLY E ALLEN    on behalf of Debtor Nelson   Colon bealaw@verizon.net  
        KEVIN G. MCDONALD    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE  
         PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,  
         philaecf@gmail.com  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                                                                TOTAL: 5

**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re: NELSON COLON

Debtor(s)

Case No. 19-13557/elf
Chapter 13

## ORDER

AND NOW, this 27th day of March, 2020 it is hereby **ORDERED** that Bradly E. Allen is **ALLOWED** compensation of $2,900.00 plus reimbursement of expenses in the amount of $310.00 for a total of $3,210.00 of which $2,000.00 of attorney's fees and $310.00 filing fees was paid by debtor pre-petition. The balance of attorney's fees of $900.00 may be paid to debtor's counsel by the Chapter 13 Trustee as an administrative expense to the extent provided in the confirmed Chapter 13 Plan.

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**