## United States Bankruptcy Court
### Eastern District of Pennsylvania

In re **Nelson Colon**

Debtor(s)

Case No. **19-13557/elf**

Chapter **13**

# NOTICE OF CONVERSION FROM CHAPTER 13 TO CHAPTER 7

PLEASE TAKE NOTICE that the above-captioned Chapter 13 case is hereby converted to Chapter 7 pursuant to 11 U.S.C. §1307(a) and Federal Rule of Bankruptcy Procedure 1017(f)(3).

**/s/Bradly E. Allen, Esquire**
Attorney for Debtor, Nelson Colon
7711 Castor Avenue
Philadelphia, PA 19152
215-725-4242