# United States Bankruptcy Court
### Eastern District of Pennsylvania

| | | |
|---|---|---|
| In re | **Nelson Colon** | Case No. **19-13557/elf** |
| | Debtor(s) | Chapter **13** |

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2020 a copy of the Notice of Conversion from Chapter 13 to Chapter 7 was served electronically or by regular United States mail to the Trustee and parties listed below.

Electronic mail to:

      William C. Miller, Ch. 13 Trustee

      US Trustee

Regular mail to:

      Nelson Colon
      1544 Womrath St.
      Philadelphia, PA 19124


**/s/ Bradly E. Allen, Esquire**
Attorney for Debtor, Nelson Colon