United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-13557-elf
Nelson Colon                                                              Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: John          Page 1 of 2          Date Rcvd: Jul 27, 2020
                            Form ID: 210U        Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2020.
```
db            +Nelson Colon,    1544 Womrath Street,    Philadelphia, PA 19124-4553
14335575       Aria Health,    P. O. Box 8500-6395,    Philadelphia, PA 19178-6395
14335578       Chase Auto Finance,    P. O. Box 901003,    Fort Worth, TX 76101-2003
14335580      +Citizens Financial Group,    c/o Central Credit Services, LLC,
               9550 Regency Square Boulevard, Ste. 500,    Jacksonville, FL 32225-8169
14335585       Helm Associates, Inc.,    2664 Bristol Pike,    Bristol, PA 19007
14335587      +KML Law Group,    701 Market Street, Suite 500,    Philadelphia, PA 19106-1538
14335588       L.A. Fitness,    2600 Michelson Drive, #300,    Irvine, CA 92612-6536
14335591       Midland Funding,    2305 Northside Dr., Suite 300,    San Diego, CA 92108
14335594      +Penn Medicine,    P. O. Box 824406,    Philadelphia, PA 19182-4406
14401181      +Philadelphia Gas Works,    800 W Montgomery Avenue,    Philadelphia PA 19122-2898,
               Attn: Bankruptcy Dept 3F
14354217      +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,    211 North Front Street,
               Harrisburg, PA 17101-1406
14343423      +U.S. Bank National Association,    c/o Kevin G. McDonald, Esq.,    KML Law Group, P.C.,
               701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14335596      +US National Association Trustee for,    PA Housing Finance Agency,    211 N. Front Street,
               Harrisburg, PA 17101-1406
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Jul 28 2020 03:53:52      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 28 2020 03:53:36
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 28 2020 03:53:47      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14346352       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 28 2020 04:03:45
               Ashley Funding Services, LLC,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
14335576       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 28 2020 04:03:41      Capital One Bank,
               15000 Capital One Drive,    Henrico, VA 23238
14335581       E-mail/Text: megan.harper@phila.gov Jul 28 2020 03:53:52      City Of Philadelphia,
               C/O Law Department,    1401 JFK Blvd.,,    Philadelphia, PA 19102
14386201       E-mail/Text: megan.harper@phila.gov Jul 28 2020 03:53:53      Water Revenue Bureau,
               Pamela Elchert Thurmond,    Tax & Revenue Unit,    1401 John F. Kennedy Blvd., 5th Floor,
               Philadelphia, PA 19102-1595
14335582      +E-mail/PDF: creditonebknotification@resurgent.com Jul 28 2020 04:03:32      Credit One Bank,
               PO Box 98875,    Las Vegas, NV 89193-8875
14335583      +E-mail/Text: bankruptcynotices@dcicollect.com Jul 28 2020 03:53:57      Diversified Consultant,
               10550 Deerwood Park Blvd.,    Jacksonville, FL 32256-0596
14335584      +E-mail/Text: bknotice@ercbpo.com Jul 28 2020 03:53:42      Enhanced Recovery Collections,
               8014 Bayberry Rd.,    Jacksonville, FL 32256-7412
14335586       E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 28 2020 03:53:45      Jefferson Capital Systems, LLC,
               16 McLeland Road,    Saint Cloud, MN 56303
14335579       E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 28 2020 04:03:41      Chase Card Services,
               P. O. Box 15298,    Wilmington, DE 19850
14346351       E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 28 2020 04:03:42      MERRICK BANK,
               Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14335589      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 28 2020 04:03:57      Merrick Bank,
               P. O. Box 9201,    Old Bethpage, NY 11804-9001
14335590       E-mail/Text: bankruptcydpt@mcmcg.com Jul 28 2020 03:53:40      Midland Funding,
               8875 Aero Drive, Ste. 200,    San Diego, CA 92123-2255
14369460      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 28 2020 03:53:40      Midland Funding LLC,
               PO Box 2011,    Warren, MI 48090-2011
14335592      +E-mail/Text: BKRMailOps@weltman.com Jul 28 2020 03:53:43      Midland Funding, LLC,
               c/o Michael Dougherty,    Weltman, Weinberg & Reis,    325 Chestnut Street, Suite #501,
               Philadelphia, PA 19106-2605
14335593      +E-mail/Text: bankruptcygroup@peco-energy.com Jul 28 2020 03:53:29      Peco Energy,
               Bankruptcy Unit,    2301 Market St.,    Philadelphia, PA 19103-1338
14356297      +E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 28 2020 03:53:45      Premier Bankcard, Llc,
               Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14335595       E-mail/Text: clientservices@sourcerm.com Jul 28 2020 03:53:57      Source Receivables Management,
               4615 Dundas Drive, Ste. 102,    Greensboro, NC 27407
14341636      +E-mail/Text: EBN_AIS@AMERICANINFOSOURCE.COM Jul 28 2020 04:03:48      T Mobile/T-Mobile USA Inc,
               by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14335597       E-mail/Text: megan.harper@phila.gov Jul 28 2020 03:53:53      Water Revenue Bureau,
               c/o Water Revenue Bureau,    1401 JFK Boulevard,    Philadelphia, PA 19102-1663
                                                                                          TOTAL: 22
```

```
District/off: 0313-2          User: John               Page 2 of 2          Date Rcvd: Jul 27, 2020
                              Form ID: 210U            Total Noticed: 35
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14335577      ##+Central Financial Control,    PO Box 66044,    Anaheim, CA 92816-6044
                                                                              TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2020 at the address(es) listed below:
          BRADLY E ALLEN    on behalf of Debtor Nelson  Colon bealaw@verizon.net
          KEVIN G. MCDONALD    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
                                                                              TOTAL: 4

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

---

In Re: Nelson Colon                                        Case No: 19−13557−elf

      Debtor(s)

---

### CLERK'S NOTICE RE: PRESUMPTION OF ABUSE

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

For The Court

Dated: 7/27/20

Timothy B. McGrath
Clerk of Court

72
Form 210U