United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 19-13557-elf
Nelson Colon                                                                    Chapter 7
           Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Lisa              Page 1 of 2            Date Rcvd: Jul 28, 2020
                             Form ID: 309A            Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 30, 2020.
db            +Nelson Colon,   1544 Womrath Street,   Philadelphia, PA 19124-4553
14335575       Aria Health,   P. O. Box 8500-6395,   Philadelphia, PA 19178-6395
14400302      +Bradly E. Allen, Esquire,   7711 Castor Avenue,   Philadelphia, PA 19152-3601
14335578       Chase Auto Finance,   P. O. Box 901003,   Fort Worth, TX 76101-2003
14335580      +Citizens Financial Group,   c/o Central Credit Services, LLC,
               9550 Regency Square Boulevard, Ste. 500,   Jacksonville, FL 32225-8169
14335585       Helm Associates, Inc.,   2664 Bristol Pike,   Bristol, PA 19007
14335587      +KML Law Group,   701 Market Street, Suite 500,   Philadelphia, PA 19106-1538
14335588       L.A. Fitness,   2600 Michelson Drive, #300,   Irvine, CA 92612-6536
14335591       Midland Funding,   2305 Northside Dr., Suite 300,   San Diego, CA 92108
14335594      +Penn Medicine,   P. O. Box 824406,   Philadelphia, PA 19182-4406
14401181      +Philadelphia Gas Works,   800 W Montgomery Avenue,   Philadelphia PA 19122-2898,
               Attn: Bankruptcy Dept 3F
14354217      +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,   211 North Front Street,
               Harrisburg, PA 17101-1406
14335596      +US National Association Trustee for,   PA Housing Finance Agency,   211 N. Front Street,
               Harrisburg, PA 17101-1406

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: bealaw@verizon.net Jul 29 2020 04:36:28     BRADLY E ALLEN,
               Law Offices of Bradly Allen,   7711 Castor Avenue,   Philadelphia, PA  19152
tr            +EDI: QLEFELDMAN.COM Jun 29 2020 08:33:00     LYNN E. FELDMAN,   Feldman Law Offices PC,
               221 N. Cedar Crest Blvd.,   Allentown, PA 18104-4603
smg            E-mail/Text: megan.harper@phila.gov Jul 29 2020 04:36:59     City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 29 2020 04:36:47
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 29 2020 04:36:54     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
ust           +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jul 29 2020 04:36:49     United States Trustee,
               Office of the U.S. Trustee,   200 Chestnut Street,   Suite 502,   Philadelphia, PA 19106-2908
14346352       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 29 2020 04:45:56
               Ashley Funding Services, LLC,   Resurgent Capital Services,   PO Box 10587,
               Greenville, SC 29603-0587
14335576       EDI: CAPITALONE.COM Jun 29 2020 08:33:00     Capital One Bank,   15000 Capital One Drive,
               Henrico, VA 23238
14335581       E-mail/Text: megan.harper@phila.gov Jul 29 2020 04:36:58     City Of Philadelphia,
               C/O Law Department,   1401 JFK Blvd.,,   Philadelphia, PA 19102
14386201       E-mail/Text: megan.harper@phila.gov Jul 29 2020 04:36:58     Water Revenue Bureau,
               Pamela Elchert Thurmond,   Tax & Revenue Unit,   1401 John F. Kennedy Blvd., 5th Floor,
               Philadelphia, PA 19102-1595
14335582      +E-mail/PDF: creditonebknotifications@resurgent.com Jul 29 2020 04:45:56     Credit One Bank,
               PO Box 98875,   Las Vegas, NV 89193-8875
14335583      +EDI: DCI.COM Jul 29 2020 08:33:00     Diversified Consultant,   10550 Deerwood Park Blvd.,
               Jacksonville, FL 32256-0596
14335584      +E-mail/Text: bknotice@ercbpo.com Jul 29 2020 04:36:50     Enhanced Recovery Collections,
               8014 Bayberry Rd.,   Jacksonville, FL 32256-7412
14335586       EDI: JEFFERSONCAP.COM Jul 29 2020 08:33:00     Jefferson Capital Systems, LLC,
               16 McLeland Road,   Saint Cloud, MN 56303
14335579       EDI: JPMORGANCHASE Jul 29 2020 08:33:00     Chase Card Services,   P. O. Box 15298,
               Wilmington, DE 19850
14346351       E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 29 2020 04:46:05     MERRICK BANK,
               Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
14335589      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 29 2020 04:45:56     Merrick Bank,
               P. O. Box 9201,   Old Bethpage, NY 11804-9001
14335590       EDI: MID8.COM Jul 29 2020 08:33:00     Midland Funding,   8875 Aero Drive, Ste. 200,
               San Diego, CA 92123-2255
14369460      +EDI: MID8.COM Jul 29 2020 08:33:00     Midland Funding LLC,   PO Box 2011,
               Warren, MI 48090-2011
14335592      +E-mail/Text: BKRMailOps@weltman.com Jul 29 2020 04:36:50     Midland Funding, LLC,
               c/o Michael Dougherty,   Weltman, Weinberg & Reis,   325 Chestnut Street, Suite #501,
               Philadelphia, PA 19106-2605
14335593      +E-mail/Text: bankruptcygroup@peco-energy.com Jul 29 2020 04:36:37     Peco Energy,
               Bankruptcy Unit,   2301 Market St.,   Philadelphia, PA 19103-1338
14356297      +EDI: JEFFERSONCAP.COM Jul 29 2020 08:33:00     Premier Bankcard, Llc,
               Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
14335595       E-mail/Text: clientservices@sourcerm.com Jul 29 2020 04:37:02     Source Receivables Management,
               4615 Dundas Drive, Ste. 102,   Greensboro, NC 27407
14341636      +EDI: AIS.COM Jul 29 2020 08:33:00     T Mobile/T-Mobile USA Inc,
               by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
14335597       E-mail/Text: megan.harper@phila.gov Jul 29 2020 04:36:59     Water Revenue Bureau,
               c/o Water Revenue Bureau,   1401 JFK Boulevard,   Philadelphia, PA 19102-1663

```
District/off: 0313-2          User: Lisa              Page 2 of 2            Date Rcvd: Jul 28, 2020
                             Form ID: 309A            Total Noticed: 38
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

TOTAL: 25

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14335577      ##+Central Financial Control,    PO Box 66044,    Anaheim, CA 92816-6044
```

TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 28, 2020 at the address(es) listed below:
          BRADLY E ALLEN    on behalf of Debtor Nelson   Colon bealaw@verizon.net
          KEVIN G. MCDONALD    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
          LYNN E. FELDMAN    trustee.feldman@rcn.com,   lfeldman@ecf.axosfs.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com

TOTAL: 5

## Information to identify the case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Nelson Colon** | | Social Security number or ITIN   **xxx–xx–9496** |
| | First Name   Middle Name   Last Name | | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | | Social Security number or ITIN   _ _ _ _ |
| | | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of Pennsylvania** | | | Date case filed in chapter **13**   **5/31/19** |
| Case number:   **19–13557–elf** | | | Date case converted to chapter **7**   **7/24/20** |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   12/15
### **Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing**

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Nelson Colon | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 1544 Womrath Street Philadelphia, PA 19124 | | |
| 4. | **Debtor's attorney** Name and address | BRADLY E ALLEN Law Offices of Bradly Allen 7711 Castor Avenue Philadelphia, PA 19152 | | Contact phone (215) 725–4242 Email: bealaw@verizon.net |
| 5. | **Bankruptcy trustee** Name and address | LYNN E. FELDMAN Feldman Law Offices PC 221 N. Cedar Crest Blvd. Allentown, PA 18104 | | Contact phone (610) 530–9285 Email: trustee.feldman@rcn.com |

**For more information, see page 2 >**

Debtor **Nelson Colon**                                                                    Case number **19–13557–elf**

| 6. | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M; Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 7/28/20 |
|---|---|---|---|
| 7. | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 24, 2020 at 11:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **Section 341 Meeting will be conducted by telephone. Please consult the docket or contact the trustee appointed to the case for access or call–in information.** |
| 8. | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 10/23/20** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |