Aria Health
P. O. Box 8500-6395
Philadelphia, PA 19178-6395


Ashley Funding Services, LLC/Resurgent
Capital Services
P.O. Box 10587
Greenville, SC 29603-0587


Capital One Bank
15000 Capital One Drive
Henrico, VA 23238


Central Financial Control
PO Box 66044
Anaheim, CA 92816


Chase Auto Finance
P. O. Box 901003
Fort Worth, TX 76101-2003


Chase Card Services
P. O. Box 15298
Wilmington, DE 19850


Chase Card Services
P. O. Box 15298
Wilmington, DE 19850


Citizens Financial Group
c/o Central Credit Services, LLC
9550 Regency Square Boulevard, Ste. 500
Jacksonville, FL 32225


City Of Philadelphia
C/O Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19107

Credit One Bank
PO Box 98875
Las Vegas, NV 89193


Diversified Consultant
10550 Deerwood Park Blvd.
Jacksonville, FL 32256


Enhanced Recovery Collections
8014 Bayberry Rd.
Jacksonville, FL 32256


Four Seasons Investments, LLC
c/o Kenneth S. Shapiro, Esquire
PO Box 213
Wynnewood, PA 19096


Jefferson Capital Systems, LLC
16 McLeland Road
Saint Cloud, MN 56303


KML Law Group
701 Market Street, Suite 500
Philadelphia, PA 19106


L.A. Fitness
2600 Michelson Drive, #300
Irvine, CA 92612-6536


Merrick Bank
P. O. Box 9201
Old Bethpage, NY 11804


Midland Funding
8875 Aero Drive, Ste. 200
San Diego, CA 92123-2255

Midland Funding
2305 Northside Dr., Suite 300
San Diego, CA 92108


Midland Funding
2305 Northside Dr., Suite 300
San Diego, CA 92108


Midland Funding, LLC
c/o Michael Dougherty
Weltman, Weinberg & Reis
325 Chestnut Street, Suite #501
Philadelphia, PA 19106


Peco Energy
Bankruptcy Unit
2301 Market St.
Philadelphia, PA 19101


Penn Medicine
P. O. Box 824406
Philadelphia, PA 19182


Premier Bankcard
c/o Jefferson Capital Systems
PO Box 7999
Saint Cloud, MN 56302-9617


Source Receivables Management
4615 Dundas Drive, Ste. 102
Greensboro, NC 27407


T-Mobile
c/o American Infosource
4515 N. Santa Fe Ave
Oklahoma City, OK 73118

US National Association Trustee for
PA Housing Finance Agency
211 N. Front Street
Harrisburg, PA 17101


Water Revenue Bureau
C/O City Of Phila. Law Department
1401 JFK Boulevard, 5th Floor
Philadelphia, PA 19102-1595