| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 130 |
|---|---|---|---|---|---|
| X5C | 514830 | KPD002 | XN50X | 0000187682 | 1 |

**Earnings Statement**

INSIGHTGLOBAL

INSIGHT GLOBAL, LLC
4170 ASHFORD DUNWOODY RD
SUITE 250
BROOKHAVEN, GA  30319

Period Beginning: 04/19/2020
Period Ending: 04/25/2020
Pay Date: 05/01/2020

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  PA: N/A

NELSON COLON
1544 WOMRATH ST.
PHILADELPHIA  PA 19124

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.0000 | 32.00 | 832.00 | 17,166.50 |
| **Gross Pay** | | | **$832.00** | 17,166.50 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -77.34 | 1,767.08 |
| | Social Security Tax | -46.46 | 971.97 |
| | Medicare Tax | -10.86 | 227.31 |
| | PA State Income Tax | -23.00 | 481.30 |
| | Philadelphia Income Tax | -32.21 | 664.54 |
| | Upper Merion Local Svc Tax | -1.00 | 18.00 |
| | PA SUI/SDI Tax | -0.50 | 10.30 |
| | **Other** | | |
| | Ee Dental Ptx | -5.34* | 95.77 |
| | Ee Medical Ptx | -76.31* | 1,374.22 |
| | Ee Vision Ptx | -1.09* | 19.62 |
| | **Net Pay** | **$557.89** | |
| | Chk1 | -557.89 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Tot Work Hours | 32.00 | 660.25 |
| Bal Sick Hours | | 0.50 |
| Employee Id | | 0209956 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 404-257-7900

\* Excluded from federal taxable wages
Your federal taxable wages this period are $749.26

© 2000 ADP, LLC

---

INSIGHTGLOBAL

INSIGHT GLOBAL, LLC
4170 ASHFORD DUNWOODY RD
SUITE 250
BROOKHAVEN, GA 30319

Advice number: 00000187682
Pay date: 05/01/2020

Deposited to the account of
NELSON COLON

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx9448 | xxxx xxxx | $557.89 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 130 |
|---|---|---|---|---|---|
| X5C | 514830 | KPD002 | XN50X | 0000197778 | 1 |

**Earnings Statement**

INSIGHTGLOBAL

INSIGHT GLOBAL, LLC
4170 ASHFORD DUNWOODY RD
SUITE 250
BROOKHAVEN, GA    30319

Period Beginning: 04/26/2020
Period Ending: 05/02/2020
Pay Date: 05/08/2020

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal:  0
  PA:  N/A

NELSON COLON
1544 WOMRATH ST.
PHILADELPHIA  PA  19124

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.0000 | 40.00 | 1,040.00 | 18,206.50 |
| **Gross Pay** | | | **$1,040.00** | 18,206.50 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -113.56 | 1,880.64 |
| | Social Security Tax | -59.35 | 1,031.32 |
| | Medicare Tax | -13.89 | 241.20 |
| | PA State Income Tax | -29.39 | 510.69 |
| | Philadelphia Income Tax | -40.26 | 704.80 |
| | Upper Merion Local Svc Tax | -1.00 | 19.00 |
| | PA SUI/SDI Tax | -0.62 | 10.92 |
| **Other** | | | |
| | Ee Dental Ptx | -5.34* | 101.11 |
| | Ee Medical Ptx | -76.31* | 1,450.53 |
| | Ee Vision Ptx | -1.09* | 20.71 |
| **Net Pay** | | **$699.19** | |
| Chk1 | | -699.19 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Tot Work Hours | 40.00 | 700.25 |
| Bal Sick Hours | | 0.50 |
| Employee Id | | 0209956 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 404-257-7900

* Excluded from federal taxable wages
Your federal taxable wages this period are $957.26

© 2000 ADP, LLC

---

INSIGHTGLOBAL

INSIGHT GLOBAL, LLC
4170 ASHFORD DUNWOODY RD
SUITE 250
BROOKHAVEN, GA 30319

Advice number: 00000197778
Pay date: 05/08/2020

Deposited to the account of
NELSON COLON

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx9448 | xxxx  xxxx | $699.19 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 130 |
|---|---|---|---|---|---|
| X5C | 514830 | KPD002 | XN50X | 0000207731 | 1 |

INSIGHTGLOBAL

INSIGHT GLOBAL, LLC
4170 ASHFORD DUNWOODY RD
SUITE 250
BROOKHAVEN, GA 30319

## Earnings Statement

ADP

Period Beginning: 05/03/2020
Period Ending: 05/09/2020
Pay Date: 05/15/2020

NELSON COLON
1544 WOMRATH ST.
PHILADELPHIA PA 19124

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  PA: N/A

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.0000 | 32.00 | 832.00 | 19,038.50 |
| **Gross Pay** | | | **$832.00** | 19,038.50 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -77.34 | 1,957.98 |
| | Social Security Tax | -46.45 | 1,077.77 |
| | Medicare Tax | -10.86 | 252.06 |
| | PA State Income Tax | -23.00 | 533.69 |
| | Philadelphia Income Tax | -32.21 | 737.01 |
| | Upper Merion Local Svc Tax | -1.00 | 20.00 |
| | PA SUI/SDI Tax | -0.50 | 11.42 |
| | **Other** | | |
| | Ee Dental Ptx | -5.34* | 106.45 |
| | Ee Medical Ptx | -76.31* | 1,526.84 |
| | Ee Vision Ptx | -1.09* | 21.80 |
| **Net Pay** | | **$557.90** | |
| Chk1 | | -557.90 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Tot Work Hours | 32.00 | 732.25 |
| Bal Sick Hours | | 0.50 |
| Employee Id | | 0209956 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 404-257-7900

* Excluded from federal taxable wages
Your federal taxable wages this period are $749.26

© 2000 ADP, LLC

INSIGHTGLOBAL

INSIGHT GLOBAL, LLC
4170 ASHFORD DUNWOODY RD
SUITE 250
BROOKHAVEN, GA 30319

Advice number: 00000207731
Pay date: 05/15/2020

Deposited to the account of
NELSON COLON

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx9448 | xxxx xxxx | $557.90 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 130 |
|---|---|---|---|---|---|
| X5C | 514830 | KPD002 | XN50X | 0000217669 | 1 |

**INSIGHTGLOBAL**

INSIGHT GLOBAL, LLC
4170 ASHFORD DUNWOODY RD
SUITE 250
BROOKHAVEN, GA  30319

## Earnings Statement

**ADP**

Period Beginning: 05/10/2020
Period Ending: 05/16/2020
Pay Date: 05/22/2020

NELSON COLON
1544 WOMRATH ST.
PHILADELPHIA  PA  19124

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  PA: N/A

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.0000 | 32.00 | 832.00 | 19,870.50 |
| Gross Pay | | | $832.00 | 19,870.50 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | -77.34 | | 2,035.32 |
| Social Security Tax | -46.46 | | 1,124.23 |
| Medicare Tax | -10.86 | | 262.92 |
| PA State Income Tax | -23.00 | | 556.69 |
| Philadelphia Income Tax | -32.21 | | 769.22 |
| Upper Merion Local Svc Tax | -1.00 | | 21.00 |
| PA SUI/SDI Tax | -0.50 | | 11.92 |
| **Other** | | | |
| Ee Dental Ptx | -5.34* | | 111.79 |
| Ee Medical Ptx | -76.31* | | 1,603.15 |
| Ee Vision Ptx | -1.09* | | 22.89 |
| **Net Pay** | **$557.89** | | |
| Chk1 | -557.89 | | |
| **Net Check** | **$0.00** | | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Tot Work Hours | 32.00 | 764.25 |
| Bal Sick Hours | | 0.50 |
| Employee Id | | 0209956 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 404-257-7900

\* Excluded from federal taxable wages
Your federal taxable wages this period are $749.26

© 2000 ADP, LLC

---

**INSIGHTGLOBAL**

INSIGHT GLOBAL, LLC
4170 ASHFORD DUNWOODY RD
SUITE 250
BROOKHAVEN, GA  30319

Advice number: 00000217669
Pay date: 05/22/2020

Deposited to the account of
NELSON COLON

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxx9448 | xxxx xxxx | $557.89 |



**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 130 |
|---|---|---|---|---|---|
| X5C | 514830 | KPD002 | XN50X | 0000227648 | 1 |

**INSIGHTGLOBAL**

INSIGHT GLOBAL, LLC
4170 ASHFORD DUNWOODY RD
SUITE 250
BROOKHAVEN, GA  30319

## Earnings Statement

**ADP**

Period Beginning:  05/17/2020
Period Ending:     05/23/2020
Pay Date:          05/29/2020

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal:  0
  PA:       N/A

NELSON COLON
1544 WOMRATH ST.
PHILADELPHIA  PA  19124

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.0000 | 32.00 | 832.00 | 20,702.50 |
| Gross Pay | | | $832.00 | 20,702.50 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -77.34 | 2,112.66 |
| | Social Security Tax | -46.45 | 1,170.68 |
| | Medicare Tax | -10.87 | 273.79 |
| | PA State Income Tax | -23.00 | 579.69 |
| | Philadelphia Income Tax | -32.21 | 801.43 |
| | Upper Merion Local Svc Tax | -1.00 | 22.00 |
| | PA SUI/SDI Tax | -0.50 | 12.42 |
| | **Other** | | |
| | Ee Dental Ptx | -5.34* | 117.13 |
| | Ee Medical Ptx | -76.31* | 1,679.46 |
| | Ee Vision Ptx | -1.09* | 23.98 |
| **Net Pay** | | | **$557.89** |
| Chk1 | | | -557.89 |
| **Net Check** | | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Tot Work Hours | 32.00 | 796.25 |
| Bal Sick Hours | | 0.50 |
| Employee Id | | 0209956 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 404-257-7900

* Excluded from federal taxable wages
Your federal taxable wages this period are $749.26

© 2000 ADP, LLC

**INSIGHTGLOBAL**

INSIGHT GLOBAL, LLC
4170 ASHFORD DUNWOODY RD
SUITE 250
BROOKHAVEN, GA  30319

Advice number:  00000227648
Pay date:       05/29/2020

Deposited to the account of
NELSON COLON

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx9448 | xxxx xxxx | $557.89 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| X5C | 514830 | KPD002 | XN50X | 0000237650 | 1 |

# Earnings Statement

**ADP**

INSIGHTGLOBAL

INSIGHT GLOBAL, LLC
1224 HAMMOND DR NE
STE 1500
ATLANTA, GA 30346-1537

Period Beginning: 05/24/2020
Period Ending: 05/30/2020
Pay Date: 06/05/2020

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  PA: N/A

NELSON COLON
1544 WOMRATH ST.
PHILADELPHIA  PA  19124

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.0000 | 32.00 | 832.00 | 21,534.50 |
| Gross Pay | | | $832.00 | 21,534.50 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -77.34 | 2,190.00 |
| | Social Security Tax | -46.45 | 1,217.13 |
| | Medicare Tax | -10.86 | 284.65 |
| | PA State Income Tax | -23.00 | 602.69 |
| | Philadelphia Income Tax | -32.21 | 833.64 |
| | Upper Merion Local Svc Tax | -1.00 | 23.00 |
| | PA SUI/SDI Tax | -0.50 | 12.92 |
| | **Other** | | |
| | Ee Dental Ptx | -5.34* | 122.47 |
| | Ee Medical Ptx | -76.31* | 1,755.77 |
| | Ee Vision Ptx | -1.09* | 25.07 |
| | **Net Pay** | **$557.90** | |
| | Chk1 | -557.90 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Tot Work Hours | 32.00 | 828.25 |
| Bal Sick Hours | | 0.50 |
| Employee Id | | 0209956 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 404-257-7900

* Excluded from federal taxable wages
Your federal taxable wages this period are $749.26

© 2000 ADP, LLC

INSIGHTGLOBAL

INSIGHT GLOBAL, LLC
1224 HAMMOND DR NE
STE 1500
ATLANTA, GA 30346-1537

Advice number: 00000237650
Pay date: 06/05/2020

Deposited to the account of
NELSON COLON

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx9448 | xxxx xxxx | $557.90 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 130 |
|---|---|---|---|---|---|
| X5C | 514830 | KPD002 | XN50X | 0000247493 | 1 |

**Earnings Statement**  ADP

INSIGHTGLOBAL

INSIGHT GLOBAL, LLC
1224 HAMMOND DR NE
STE 1500
ATLANTA, GA 30346-1537

Period Beginning:  05/31/2020
Period Ending:    06/06/2020
Pay Date:         06/12/2020

Taxable Marital Status:  Single
Exemptions/Allowances:
   Federal:  0
   PA:       N/A

NELSON COLON
1544 WOMRATH ST.
PHILADELPHIA  PA  19124

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.0000 | 40.00 | 1,040.00 | 22,574.50 |
| Gross Pay | | | $1,040.00 | 22,574.50 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -113.56 | 2,303.56 |
| | Social Security Tax | -59.35 | 1,276.48 |
| | Medicare Tax | -13.88 | 298.53 |
| | PA State Income Tax | -29.39 | 632.08 |
| | Philadelphia Income Tax | -40.26 | 873.90 |
| | Upper Merion Local Svc Tax | -1.00 | 24.00 |
| | PA SUI/SDI Tax | -0.62 | 13.54 |
| Other | | | |
| | Ee Dental Ptx | -5.34* | 127.81 |
| | Ee Medical Ptx | -76.31* | 1,832.08 |
| | Ee Vision Ptx | -1.09* | 26.16 |
| Net Pay | | $699.20 | |
| Chk1 | | -699.20 | |
| Net Check | | $0.00 | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Tot Work Hours | 40.00 | 868.25 |
| Bal Sick Hours | | 0.50 |
| Employee Id | | 0209956 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 404-257-7900

* Excluded from federal taxable wages
Your federal taxable wages this period are $957.26

© 2000 ADP, LLC

INSIGHTGLOBAL

INSIGHT GLOBAL, LLC
1224 HAMMOND DR NE
STE 1500
ATLANTA, GA 30346-1537

Advice number:  00000247493
Pay date:       06/12/2020

Deposited to the account of
NELSON COLON

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx9448 | xxxx xxxx | $699.20 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 130 |
|---|---|---|---|---|---|
| X5C | 514830 | KPD002 | XN50X | 0000257469 | 1 |

**INSIGHTGLOBAL**

INSIGHT GLOBAL, LLC
1224 HAMMOND DR NE
STE 1500
ATLANTA, GA 30346-1537

## Earnings Statement

**ADP**

Period Beginning: 06/07/2020
Period Ending: 06/13/2020
Pay Date: 06/19/2020

NELSON COLON
1544 WOMRATH ST.
PHILADELPHIA PA 19124

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  PA: N/A

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.0000 | 40.00 | 1,040.00 | 23,614.50 |
| Gross Pay | | | $1,040.00 | 23,614.50 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -113.56 | 2,417.12 |
| | Social Security Tax | -59.35 | 1,335.83 |
| | Medicare Tax | -13.88 | 312.41 |
| | PA State Income Tax | -29.39 | 661.47 |
| | Philadelphia Income Tax | -40.26 | 914.16 |
| | Upper Merion Local Svc Tax | -1.00 | 25.00 |
| | PA SUI/SDI Tax | -0.63 | 14.17 |
| | **Other** | | |
| | Ee Dental Ptx | -5.34* | 133.15 |
| | Ee Medical Ptx | -76.31* | 1,908.39 |
| | Ee Vision Ptx | -1.09* | 27.25 |
| | **Net Pay** | **$699.19** | |
| | Chk1 | -699.19 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Tot Work Hours | 40.00 | 908.25 |
| Bal Sick Hours | | 0.50 |
| Employee Id | | 0209956 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 404-257-7900

\* Excluded from federal taxable wages
Your federal taxable wages this period are $957.26

© 2000 ADP, LLC

---

**INSIGHTGLOBAL**

INSIGHT GLOBAL, LLC
1224 HAMMOND DR NE
STE 1500
ATLANTA, GA 30346-1537

Advice number: 00000257469
Pay date: 06/19/2020



Deposited to the account of
NELSON COLON

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxx9448 | xxxx xxxx | $699.19 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 130 |
|---|---|---|---|---|---|
| X5C | 514830 | KPD002 | XN50X | 0000267107 | 1 |

**INSIGHTGLOBAL**

INSIGHT GLOBAL, LLC
1224 HAMMOND DR NE
STE 1500
ATLANTA, GA 30346-1537

## Earnings Statement

**ADP**

Period Beginning: 06/14/2020
Period Ending: 06/20/2020
Pay Date: 06/26/2020

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  PA: N/A

NELSON COLON
1544 WOMRATH ST.
PHILADELPHIA  PA  19124

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.0000 | 32.00 | 832.00 | 24,446.50 |
| **Gross Pay** | | | **$832.00** | 24,446.50 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -77.34 | 2,494.46 |
| | Social Security Tax | -46.46 | 1,382.29 |
| | Medicare Tax | -10.87 | 323.28 |
| | PA State Income Tax | -23.00 | 684.47 |
| | Philadelphia Income Tax | -32.21 | 946.37 |
| | Upper Merion Local Svc Tax | -1.00 | 26.00 |
| | PA SUI/SDI Tax | -0.50 | 14.67 |
| | **Other** | | |
| | Ee Dental Ptx | -5.34* | 138.49 |
| | Ee Medical Ptx | -76.31* | 1,984.70 |
| | Ee Vision Ptx | -1.09* | 28.34 |
| | **Net Pay** | **$557.88** | |
| | Chk1 | -557.88 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Tot Work Hours | 32.00 | 940.25 |
| Bal Sick Hours | | 0.50 |
| Employee Id | | 0209956 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 404-257-7900

* Excluded from federal taxable wages
Your federal taxable wages this period are $749.26

© 2000 ADP, LLC

---

**INSIGHTGLOBAL**

INSIGHT GLOBAL, LLC
1224 HAMMOND DR NE
STE 1500
ATLANTA, GA 30346-1537

Advice number: 00000267107
Pay date: 06/26/2020

Deposited to the account of
NELSON COLON

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxx9448 | xxxx xxxx | $557.88 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**