# United States Bankruptcy Court
### Eastern District of Pennsylvania

| | | |
|---|---|---|
| In re | **Nelson Colon** | Case No. **19-13557/elf** |
| | Debtor(s) | Chapter 7 |

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2020 a copy of Amended Schedules D and E/F and Notice of Meeting of Creditors hearing was served electronically or by regular United States mail to the Trustee and parties listed below.

Electronic mail to:

Lynn E. Feldman, Chapter 7 Trustee

William C. Miller, Ch. 13 Trustee

US Trustee

Regular mail to:

Nelson Colon
1544 Womrath St.
Philadelphia, PA 19124

Water Revenue Bureau
c/o City of Philadelphia law Dept.
1404 JFK Blvd.
Philadelphia, PA 19102

T-Mobile
c/o American Infosource
4515 N. Santa Fe Ae.
Oklahoma City, OK  73118

Ashley Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC  29603-0587

Premier Bankcard
c/o Jefferson Capital Systems
PO Box 7999
St. Cloud, MN  56302-9617


**/s/ Bradly E. Allen, Esquire**
Attorney for Debtor, Nelson Colon