# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re **Nelson Colon**

Debtor(s)

Case No. **19-13557/elf**

Chapter 7

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2020 a copy of the Certificate of Debtor Education and Certification About Financial Management Course was served electronically or by regular United States mail to the Trustee and parties listed below.

Electronic mail to:

Lynn E. Feldman, Chapter 7 Trustee

William C. Miller, Ch. 13 Trustee

US Trustee

Regular mail to:

Nelson Colon
1544 Womrath St.
Philadelphia, PA 19124


**/s/ Bradly E. Allen, Esquire**
Attorney for Debtor, Nelson Colon