**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Nelson** | | **Colon** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number    **19-13557/elf**
(if known)

☐ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|
| **2.1** **City of Philadelphia**<br>Creditor's Name<br><br>**C/O Law Department**<br>**1515 Arch Street, 14th Floor**<br>**Philadelphia, PA 19107**<br>Number, Street, City, State & Zip Code | **Describe the property that secures the claim:**<br>**PGW gas liens- 1544 Womrath Street Philadelphia, PA 19124 CCP Phila. county, No. 151230846, 160130834, 160331598**<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,236.24 | $56,000.00 | $0.00 |

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Judgment liens for gas service, CCP Phila County,**

Date debt was incurred _____    Last 4 digits of account number _____

---

| Debtor 1 | **Nelson Colon** | | | Case number (if known) | **19-13557/elf** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| 2.2 | **US National Association Trustee for** | **Describe the property that secures the claim:** | $65,000.00 | $56,000.00 | $9,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**PA Housing Finance Agency**
**211 N. Front Street**
**Harrisburg, PA 17101**

Number, Street, City, State & Zip Code

**1544 Womrath Street, Philadelphia, PA  19124**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Mortgage loan**

**Date debt was incurred**   **2007**        **Last 4 digits of account number** ____

| 2.3 | **Water Revenue Bureau** | **Describe the property that secures the claim:** | $190.00 | $0.00 | $190.00 |
|---|---|---|---|---|---|

Creditor's Name

**C/O City Of Phila. Law Department**
**1401 JFK Boulevard, 5th Floor**
**Philadelphia, PA 19102-1595**

Number, Street, City, State & Zip Code

**For water bill**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)  _____

**Date debt was incurred** ____    **Last 4 digits of account number** ____

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$66,426.24** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$66,426.24** |

### Part 2:  List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐
Name, Number, Street, City, State & Zip Code
**KML Law Group**
**701 Market Street, Suite 500**
**Philadelphia, PA 19106**

On which line in Part 1 did you enter the creditor?  **2.2**
Last 4 digits of account number ___

☐
Name, Number, Street, City, State & Zip Code
**PGW**
**800 W. Montgomery Avenue**
**Philadelpihia, PA 19122**

On which line in Part 1 did you enter the creditor?  **2.1**
Last 4 digits of account number ___

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 2

Aria Health
P. O. Box 8500-6395
Philadelphia, PA 19178-6395


Ashley Funding Services, LLC/Resurgent
Capital Services
P.O. Box 10587
Greenville, SC 29603-0587


Capital One Bank
15000 Capital One Drive
Henrico, VA 23238


Central Financial Control
PO Box 66044
Anaheim, CA 92816


Chase Auto Finance
P. O. Box 901003
Fort Worth, TX 76101-2003


Chase Card Services
P. O. Box 15298
Wilmington, DE 19850


Citizens Financial Group
c/o Central Credit Services, LLC
9550 Regency Square Boulevard, Ste. 500
Jacksonville, FL 32225


City of Philadelphia
C/O Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19107


Credit One Bank
PO Box 98875
Las Vegas, NV 89193

Diversified Consultant
10550 Deerwood Park Blvd.
Jacksonville, FL 32256


Enhanced Recovery Collections
8014 Bayberry Rd.
Jacksonville, FL 32256


Four Seasons Investments, LLC
c/o Kenneth S. Shapiro, Esquire
PO Box 213
Wynnewood, PA 19096


Jefferson Capital Systems, LLC
16 McLeland Road
Saint Cloud, MN 56303


KML Law Group
701 Market Street, Suite 500
Philadelphia, PA 19106


L.A. Fitness
2600 Michelson Drive, #300
Irvine, CA 92612-6536


Merrick Bank
P. O. Box 9201
Old Bethpage, NY 11804


Midland Funding
8875 Aero Drive, Ste. 200
San Diego, CA 92123-2255


Midland Funding
2305 Northside Dr., Suite 300
San Diego, CA 92108

```
Midland Funding, LLC
c/o Michael Dougherty
Weltman, Weinberg & Reis
325 Chestnut Street, Suite #501
Philadelphia, PA 19106


Peco Energy
Bankruptcy Unit
2301 Market St.
Philadelphia, PA 19101


Penn Medicine
P. O. Box 824406
Philadelphia, PA 19182


PGW
800 W. Montgomery Avenue
Philadelpihia, PA 19122


Premier Bankcard
c/o Jefferson Capital Systems
PO Box 7999
Saint Cloud, MN 56302-9617


Source Receivables Management
4615 Dundas Drive, Ste. 102
Greensboro, NC 27407


T-Mobile
c/o American Infosource
4515 N. Santa Fe Ave
Oklahoma City, OK 73118


US National Association Trustee for
PA Housing Finance Agency
211 N. Front Street
Harrisburg, PA 17101
```

```
Water Revenue Bureau
C/O City Of Phila. Law Department
1401 JFK Boulevard, 5th Floor
Philadelphia, PA 19102-1595
```