UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

October 5, 2020

To:
**Bradly E. Allen, Esq.**
7711 Castor Avenue
Philadelphia, PA  19152

        In re:  Nelson Colon
        Bankruptcy No. **19-13557 elf**
        Adversary No.
        Chapter 7

Re **:  Amended Schedule D - $31.00**

The above document(s) were filed in this office on October 2, 2020**.**  Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

    ( )    Voluntary Petition
    ( )    Adversary Proceeding
    (**XX**)    $31.00 Filing Fee for Amendments
    ( )    $25.00 Claims Transfer Fee
    ( )    Motion Filing Fee

Please submit the payment(s) within seven (7) days from the date of this notice as required by the courts standing order Misc. No. Order 15-3008REF. If the delinquency is not paid, this matter will  be referred to the Chief Judge.

        Timothy B. McGrath
        Clerk


        By: **s/Keith R. Borzillo**
          Deputy Clerk

*Fee Notice*
*(11/26/18)*