# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Nelson Colon**

Debtor(s)

Case No. **19-13557/elf**

Chapter 7

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2020 a copy of Amended Schedule D and Amended Matrix was served electronically or by regular United States mail to the Trustee and parties listed below.

Electronic mail to:

Lynn E. Feldman, Chapter 7 Trustee

William C. Miller, Ch. 13 Trustee

US Trustee

Regular mail to:

Nelson Colon
1544 Womrath St.
Philadelphia, PA 19124

A Copy of Notice of Meeting of Creditors hearing of 8/24/2020 at 11:30 a.m. and Amended Schedule D and Amended Matrix:

Philadelphia Gas Works
800 W. Montgomery Ave.
Philadelphia, PA 19122

**/s/ Bradly E. Allen, Esquire**
Attorney for Debtor, Nelson Colon